**Paul F. LEE, Petitioner–Appellant,**

v.

**VIRGINIA DEPARTMENT OF CORRECTIONS; Ron Angelone; Attorney General of the Commonwealth of Virginia, Respondents–Appellees.**

No. 02–7547.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 19, 2002.

Decided Jan. 7, 2003.

Paul F. Lee, Appellant Pro Se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellees.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Paul F. Lee, a Virginia prisoner, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). An appeal may not be taken from the final order in a habeas corpus proceeding unless a circuit justice of judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). When, as here, a district court dismisses a § 2254 petition solely on procedural grounds, a certificate of appealability will not issue unless the petitioner can demonstrate both "(1)'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right' and (2) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling.'" *Rose v. Lee,* 252 F.3d 676, 684 (4th Cir.) (quoting *Slack v. McDaniel* 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000)), *cert. denied,* 534 U.S. 941, 122 S.Ct. 318, 151 L.Ed.2d 237 (2001). We have reviewed the record and conclude for the reasons stated by the district court that Lee has not made the requisite showing. *See Lee v. Department of Corr.,* No. CA–02–58–7 (W.D.Va. Aug. 29, 2002). Accordingly, we deny a certificate of appealability and dismiss the ap-

peal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*